FERMIN H. LLAGUNO, Bar No. 185222
fllaguno@littler.com
ALAYA B. MEYERS, Bar No. 199551
ameyers@littler.com
GAYLE LYNNE GONDA, Bar No. 241314
ggonda@littler.com
LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA  92614
Telephone:  949.705.3000
Facsimile:  949.724.1201

Attorneys for Defendant
RAPID GAS, INC.

[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA LEIVA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAPID GAS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV12-1371 CBM (JEMx)<br><br>**ORDER GRANTING PARTIES' PROTECTIVE ORDER**<br><br>Complaint Filed:  February 12, 2012<br>Trial Date:  October 22, 2013 |

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

ORDER GRANTING PARTIES' PROTECTIVE ORDER

1  R. Rex Parris (SBN 96567)
   rrparris@rrexparris.com
2  Alexander R. Wheeler (SBN 239541)
   awheeler@rrexparris.com
3  Kitty Szeto (SBN 258136)
   kszeto@rrexparris.com
4  Jacob L. Karczewski (SBN 268295)
   jkarczewski@rrexparris.com
5  R. REX PARRIS LAW FIRM
   43364 10th Street West
6  Lancaster, California 93534
   Telephone: 661.949.2595
7  Facsimile:  661.949.7524

8  Edwin Aiwazian (SBN 232943)
   Edwin@aiwazian.com
9  LAWYERS FOR JUSTICE, PC
   410 West Arden Avenue, Suite 203
10 Glendale, California  91203
   Telephone: 818.265.1020
11 Facsimile:  818.265.1021

12 Attorneys for Plaintiff
   CARLA LEIVA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

ORDER GRANTING PARTIES' PROTECTIVE ORDER       2.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA LEIVA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAPID GAS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-1371 CBM (JEMx)<br><br>**ORDER GRANTING PARTIES' PROTECTIVE ORDER**<br><br>Complaint Filed: February 12, 2012<br>Trial Date: October 22, 2013 |

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

ORDER GRANTING PARTIES' PROTECTIVE ORDER     3.

1  The Court, having read and considered the Joint Stipulation and [Proposed] Protective Order of Plaintiff Carla Leiva and Defendant Rapid Gas, Inc., and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Protective Order is GRANTED.

Dated: August 20, 2012

/s/John E. McDermott
HON. JOHN E. McDERMOTT
United States Magistrate Judge

Firmwide:113805796.2 051354.1012

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

ORDER GRANTING PARTIES' PROTECTIVE ORDER                4.