R. Rex Parris (SBN 96567)
rrparris@rrexparris.com
Alexander R. Wheeler (SBN 239541)
awheeler@rrexparris.com
Kitty Szeto (SBN 258136)
kszeto@rrexparris.com
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
T: (661) 949-2595 / F: (661) 949-7524

Edwin Aiwazian (SBN 232943)
edwin@aiwazian.com
**LAWYERS *for* JUSTICE, PC**
43364 10th Street West
Lancaster, California 93534
T: (661) 949-2595 / F: (661) 949-7524

Attorneys for Plaintiff

Fermin H. Llaguno (SBN 185222)
fllaguno@littler.com
Alaya B. Meyers (SBN 199551)
ameyers@littler.com
Gayle Lynne Gonda (SBN 241314)
ggonda@littler.com
**LITTLER MENDELSON, P.C.**
2050 Main Street, Suite 900
Irvine, California 92614
T: (949) 705-3000 / F: (949) 724-1201

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA LEIVA; individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>RAPID GAS, INC., a California corporation; UNITED EL SEGUNDO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01371-CBM-JEM<br><br>**COLLECTIVE ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT** |

Pursuant to the parties' Joint Stipulation to (1) Amend the Complaint, (2) Stay Formal Discovery Pending Mediation, and (3) Continue Trial and Related Pre-Trial Dates [Docket No. 41], Plaintiff Carla Leiva ("Plaintiff") and Defendants Rapid Gas, Inc. and United El Segundo, Inc. ("Defendants") (collectively the "Parties") hereby jointly submit this notice.

On March 19, 2013, the parties participated in a full-day private mediation session with the Honorable Edward Infante (Ret.). The parties have since reached a classwide settlement and are currently drafting and finalizing a formal settlement agreement which the parties will present to the Court for preliminary and final approval as soon as practicable. Accordingly, the parties request that all future dates before this Court be vacated. The parties will file the motion for preliminary approval of the class action settlement and request a hearing date as soon as practicable under the circumstances.

DATED: March 26, 2013	**R. REX PARRIS LAW FIRM**

By:___/s/ Kitty Szeto_____
    Kitty Szeto
    Attorneys for Plaintiff and the
    Putative Class

DATED: March 26, 2013	**LITTLER MENDELSON, P.C.**

By:___/s/ Alaya B. Meyers_____
    Alaya B. Meyers
    Attorneys for Defendants