R. Rex Parris (SBN 96567)
rrparris@rrexparris.com
Alexander R. Wheeler (SBN 239541)
awheeler@rrexparris.com
Kitty Szeto (SBN 258136)
kszeto@rrexparris.com
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
T:  (661) 949-2595 / F:  (661) 949-7524

Edwin Aiwazian (SBN 232943)
edwin@aiwazian.com
**LAWYERS *for* JUSTICE, PC**
43364 10th Street West
Lancaster, California 93534
T:  (661) 949-2595 / F:  (661) 949-7524

Attorneys for Plaintiff and the Settlement Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA LEIVA; individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>RAPID GAS, INC., a California corporation; UNITED EL SEGUNDO, INC., a California corporation; APRO, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01371-CBM-JEM<br><br>**DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed Together with Plaintiff's Unopposed Motion for Preliminary Approval; Declarations of Alexander R. Wheeler and Carla Leiva; and [Proposed] Order]<br><br>Date:         July 8, 2014<br>Time:         10:00 a.m.<br>Courtroom:  2 |

DECLARATION OF EDWIN AIWAZIAN

## DECLARATION OF EDWIN AIWAZIAN

I, **EDWIN AIWAZIAN,** hereby declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and all United States District Courts in the State of California. I am a member of Lawyers *for* Justice, PC, co-counsel and attorneys of record for the named Plaintiff and the Proposed Settlement Class. The facts set forth in this declaration are within my personal knowledge or based on information and belief and, if called as a witness, I could and would competently testify thereto:

### EDUCATION

2. In May of 2004, I graduated from *Pepperdine University School of Law* with a Juris Doctorate degree. I have extensive formal education and training in dispute resolution and negotiation from the *Straus Institute for Dispute Resolution* as part of its Masters in Dispute Resolution degree program. In addition, I have previously served as a *pro bono* mediator for the *Los Angeles Superior Court*. In October of 2000, I obtained a Litigation Paralegal Certificate from *UCLA Extension*. During the summer of 2000, I studied Legal Writing at *Harvard University*. In April of 1999, I obtained a Bachelor of Arts degree in Communication with a concentration in Natural Sciences from *Pepperdine University*.

### JUDICIAL EXTERNSHIPS

3. From approximately September 2002 to approximately December 2002, I served as a Judicial Extern to the Honorable Kim McLane Wardlaw of the *United States Court of Appeals for the Ninth Circuit*. From approximately June 2002 to approximately August 2002, I served as a Judicial Extern to the Honorable Earl Johnson, Jr. of the *California Court of Appeal for the Second Appellate District*.

///
///
///

## LITIGATION AND CLASS ACTION EXPERIENCE

4. In December of 2004, I obtained a license to practice law from the California State Bar. From approximately August 2004 to approximately August 2008, I was employed by Girardi & Keese.

5. At Girardi & Keese, my practice focused on massive class actions and other complex cases involving toxic torts and products liability. In addition, I gained substantial experience on cases involving insurance bad faith, premises liability, and medical negligence. While employed by Girardi & Keese, I argued approximately 100 motions, took or defended approximately 150 depositions, and prepared dozens of expert witnesses for deposition and/or trial.

6. Since its inception, in or around October of 2008 our firm has almost exclusively focused on the prosecution of consumer and employment class actions, involving wage-and-hour claims, race discrimination, unfair business practices or false advertising. Currently, we are the attorneys of record in over a dozen employment-related putative class actions in both state and federal courts in the State of California. Our firm has successfully litigated cases involving the executive, administrative, and other overtime exemptions to the State of California and federal overtime compensation requirements. During this relatively short time, in association with other law firms, we have obtained several multi-million dollar settlements on behalf of thousands of employees.

## EXAMPLES OF CLASS ACTION RESULTS

7. What follows are just a few examples of the type of results we have achieved on behalf of our clients:

a) Our firm, in association with the R. Rex Parris Law Firm, represented the plaintiffs in a wage-and-hour class action against a major property management company involving allegations of misclassification of various "manager" positions. On September 20, 2010, the court granted

LAWYERS for JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

final approval of a class action settlement. The Los Angeles Superior Court Case Number is BC400414.

b) Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class action against a national retailer of household items involving allegations of misclassification of the "Assistant Store Manager" position. On October 28, 2010, the court granted final approval of a class action settlement. The Los Angeles Superior Court Case Number is BC413498.

c) Our firm, in association with the R. Rex Parris Law Firm, represented the plaintiffs in a wage-and-hour class action against a national property management company involving allegations of misclassification of the "Property Manager" position. On May 23, 2012, the court granted final approval of a class action settlement. The Los Angeles Superior Court Case Number is BC430918.

d) Our firm, in association with other co-counsel, represented the plaintiffs in a wage-and-hour class action involving allegations of misclassification of the "Store Manager" position. On June 10, 2011, the court granted plaintiffs' motion for class certification. On August 26, 2013, the court granted final approval of the class action settlement. The Los Angeles Superior Court Case Number is BC424012.

## WORK PERFORMED BY LAWYERS *for* JUSTICE, PC

8. I have been actively engaged in this litigation from its inception, as have other lawyers and litigation support personnel in our office. Lawyers *for* Justice, PC has actively participated in all phases of the litigation process, including, but not limited to, reviewing and analyzing employment records for the named plaintiff; propounding discovery and responding to discovery; obtaining, reviewing, and analyzing documents in support of the claims asserted in the operative complaint; defending Plaintiff's deposition; conducting legal research;

conducting investigation; interviewing putative class members; participating in case strategy and analysis; drafting, reviewing, and revising pleadings and the mediation brief; preparing for mediation and settlement negotiations; and negotiating the settlement.

9.  We have worked closely with our co-counsel, the R. Rex Parris Law Firm, throughout this litigation.  The work with our co-counsel has been a coordinated and combined effort.  Areas of responsibility were divided between the firms so as to avoid unnecessary duplication of work and effort.  Both firms worked together to strategize the case and were actively involved in preparing the case for, and attending, mediation and other settlement discussions.

10.  Since the commencement of this matter, Lawyers *for* Justice, PC and the R. Rex Parris Law Firm collectively spent a substantial amount of time litigating this case.  These hours include work done by myself, and other lawyers from my office.  We also had office and litigation support personnel actively engaged in assisting with litigating this matter.

12.  During the course of the litigation, the parties conducted formal discovery, including the exchange of requests for production of documents.  We reviewed documents either produced by Defendants or obtained by counsel through other sources.  These documents provided counsel with a critical understanding of the nature of the work performed by class members, Defendants' employment-related policies, practices and procedures, and were used in analyzing liability and damage issues in connection with all phases of the litigation, and ultimately during the settlement negotiation process.

13.  During the pendency of the litigation, we spoke with putative class members, many of whom provided vital information concerning the nature of the work they performed while employed by Defendants.  The information obtained assisted us in establishing a basis for determining a reasonable estimate of the amount of damages owed to the class as a whole, as well permitting a full and

complete understanding of the work practices of Defendants. This information proved valuable in settlement negotiations with Defendants.

14. I submit that the settlement reached herein is fair, reasonable, and adequate. In addition, the settlement is in the best interest of the proposed settlement class.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 30th day of January, 2014, at Glendale, California.

*[signature]*
Edwin Aiwazian