R. Rex Parris (SBN 96567)
  rrparris@rrexparris.com
Alexander R. Wheeler (SBN 239541)
  awheeler@rrexparris.com
Kitty Szeto (SBN 258136)
  kszeto@rrexparris.com
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
T: (661) 949-2595 / F: (661) 949-7524

Edwin Aiwazian (SBN 232943)
  edwin@aiwazian.com
**LAWYERS *for* JUSTICE, PC**
43364 10th Street West
Lancaster, California 93534
T: (661) 949-2595 / F: (661) 949-7524

Attorneys for Plaintiff and the Settlement Class

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA LEIVA; individually, and on behalf of other members of the general public similarly situated;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAPID GAS, INC., a California corporation; UNITED EL SEGUNDO, INC., a California corporation; APRO, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01371-CBM-JEM<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFYING THE SETTLEMENT CLASS**<br><br>[Filed Together with Plaintiff's Unopposed Motion for Preliminary Approval; Declarations of Class Counsel; and Declaration of Class Representative]<br><br>Date:　　　July 8, 2014<br>Time:　　　10:00 a.m.<br>Courtroom: 2 |

---

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL

Plaintiff Carla Leiva's ("Plaintiff") unopposed motion for an order granting preliminary approval of the proposed settlement of the above-captioned action on a classwide basis, approving the manner and content of notice to the class, and setting a final approval hearing came on for hearing before the above-entitled court.

Having read the Class Action Settlement Agreement and Stipulation ("Settlement Agreement") attached as **Exhibit "A"** to the Declaration of Alexander R. Wheeler ("Wheeler Decl.") and supporting documents, the unopposed motion for preliminary approval, as well as the points and authorities and declarations filed in support thereof, the Court finds that:  the proposed settlement appears fair, reasonable, and adequate; notice of the proposed settlement should be sent to the class in the manner described herein; and a hearing should be held after said notice is issued to determine if the Settlement Agreement and the proposed settlement are fair, reasonable, and adequate to the class and if an order granting final approval should be entered in this action based upon the terms of the Settlement Agreement.

**IT IS THEREFORE ORDERED THAT:**

1. This Order incorporates by reference the parties' Settlement Agreement and all defined terms herein shall have the same meaning as set forth in the Settlement Agreement.

2. The Settlement Agreement, the proposed Settlement described therein, and the maximum settlement amount of up to **$650,000.00** ("Gross Settlement Sum") are preliminarily approved as fair, reasonable, and adequate.

3. The Court hereby certifies the Settlement Class as:

> All current and former non-exempt or hourly-paid employees, such as those employees in the position of "Cashier," "Manager," "Friendly Serve," "Maintenance," and "Pump and Nozzle Technician," who worked for Defendants at gasoline stations operated by Rapid Gas and/or Apro located in California at any time during the period of February 16, 2008 to July 8, 2014 ("Class Period").

4.     The Court hereby appoints the R. Rex Parris Law Firm and Lawyers *for* Justice, PC as Class Counsel and hereby preliminarily approves Class Counsel's request for attorneys' fees in the amount of $200,000 and costs in an amount not to exceed $25,000 to be paid out of the Maximum Payment.

5.     The Court hereby appoints Plaintiffs Victor Cabrera, Ferdinand De Los Reyes, and Vahab Shirani as the Class Representatives and hereby preliminarily approves their Class Representative Enhancement Award request in the amount of $10,000 each to be paid out of the Gross Settlement Sum.

6.     A hearing ("Final Approval Hearing") shall be held before the Honorable Consuelo B. Marshall in Courtroom 2 of the United States District Court for the Central District of California located at 312 North Spring Street, Los Angeles, California 90012-4701 on **October 21, 2014** at **10:00 a.m.** to determine: whether the proposed Settlement, on the terms and conditions provided for in the Settlement Agreement, is fair, reasonable, and adequate and whether said Settlement should be finally approved by the Court.  The Court may adjourn or continue the Final Approval Hearing without further notice to the Class Members.

7.     The Court hereby approves, as to form and content, the Notice of (1) Preliminary Approval of Class Action Settlement; (2) Final Approval Hearing; (3) Right to Object or Opt Out; and (4) Requirement to Return a Claim Form to Receive a Monetary Payment from the Settlement attached as **Exhibit "B"** to the Declaration of Alexander R. Wheeler ("Class Notice") and the Claim Form attached as **Exhibit "C"** to the Declaration of Alexander R. Wheeler.

8.     The Court hereby appoints Dahl Administration, LLC as the Settlement Administrator and preliminarily approves the settlement administration costs in the amount of $12,000 to be paid out of the Gross Settlement Sum directly by Defendants within ten (10) business days following preliminary approval.

/ / / /

/ / / /

9. The Court finds that the mailing of the Class Notice and Claim Form (hereinafter collectively referred to as the "Settlement Documents") substantially in the manner and form as set forth in the Settlement Agreement and this Order meets the requirements of Federal Rule of Civil Procedure 23 and due process, and is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

10. Within fifteen (15) business days after preliminary approval, Defendants shall provide the Settlement Administrator with an electronic database containing each Class Member his or her first and last name, full Social Security number, position(s) during the Class Period, last-known address, home telephone number, the dates of his/her employment during the Class Period, and the total number of days of employment for each position held during the Class Period by each such Class Member during the Class Period based on Defendants' payroll records.

11. Within fifteen (15) days thereafter, the Settlement Administrator shall mail the Settlement Documents to the Class Members by First Class mail through the United States Postal Service.

12. The Settlement Administrator will perform an address update check prior to mailing and will use appropriate skip tracing to take appropriate steps to ensure that the Settlement Documents will be sent to the Class Members.

13. Class Members will have a total of thirty (30) calendar days after the mailing date to timely submit a Claim Form, exclude themselves from, or object to, the proposed Settlement. Any such person who chooses to be excluded from the proposed Settlement will not be entitled to any recovery from the proposed Settlement and will not be bound by the Settlement Agreement or have any right to object, appeal, or comment thereon.

/ / / /

/ / / /

3

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL

14. All discovery and other pretrial proceedings are stayed and suspended until further order of the Court, except such proceedings as may be necessary to implement the Settlement Agreement and this Order.

15. The Court reserves the right to adjourn or continue the date of the Final Approval Hearing without further notice to the Settlement Class, and retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement.

16. The Court hereby approves the following deadlines for the administration of the proposed Settlement:

| | |
|---|---|
| **July 29, 2014** [Fifteen (15) business days after the Preliminary Approval Date]: | Defendants provide Class List to Settlement Administrator. |
| **August 13, 2014** [Fifteen (15) calendar days thereafter]: | Settlement Administrator mails Settlement Documents to all Class Members. |
| **September 12, 2014** [Thirty (30) calendar days after mailing]: | Postmark deadline for all Class Members to submit a Claim Form, Request for Exclusion from, or object to the Settlement. |
| **October 21, 2014** at **10:00a.m. in Courtroom 2:** | Final Approval Hearing and Hearing on Plaintiff's Motion for Final Approval and Motion for Attorneys' Fees, Costs, and Enhancement Award |

**IT IS SO ORDERED.**

DATE: _____

                             Honorable Consuelo B. Marshall
                             United States District Court