# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA LEIVA; individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>RAPID GAS, INC., a California corporation; UNITED EL SEGUNDO, INC., a California corporation; APRO, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01371-CBM-JEM<br><br>**JUDGMENT**<br>JS6 |

Judgment is hereby entered consistent with the terms of the Class Action Settlement Agreement and Court's Order dated June 10, 2015.

**IT IS SO ORDERED.**

DATE: June 10, 2015

                                              Honorable Consuelo B. Marshall
                                              United States District Court